FILED

11/23/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0391

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0391

| | |
|---|---|
| TRACY FORTNER, MARCY FORTNER<br>        Petitioners/Appellants,<br><br>v.<br><br>BROADWATER CONSERVATION<br>DISTRICT<br>        Respondent/Appellee. | **ORDER** |

In consideration of the Unopposed Motion by Appellants, Tracy and Marcy Fortner, for an extension of time until January 18, 2021 to file and serve their opening brief,

IT IS ORDERED that the Motion is GRANTED. The Appellants' opening brief shall be filed on or before January 18, 2021.

DATED this _____ day of _____, 2020.

_____
Bowen Greenwood
Clerk of Supreme Court of Montana

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 23 2020